# EXHIBIT J

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| GLORIA ALLRED SBN 65033<br>NATHAN GOLDBERG SBN 62192<br>CHRISTINA CHEUNG SBN 280148<br>ALLRED MAROKO & GOLDBERG, 6300 WILSHIRE BLVD., STE. 1500, LOS ANGELES, CA 90048  T: (323)653-6530<br>ATTORNEY FOR (Name): JANE DOE | | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>MAR 19 2018<br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By _____, Deputy<br>Judi Lara |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:
111 N. HILL STREET, LOS ANGELES, CA 90012
PLAINTIFF:
JANE DOE
DEFENDANT:
THE WEINSTEIN COMPANY LLC, et al.

**AMENDMENT TO COMPLAINT**
**(Fictitious /Incorrect Name)**

CASE NUMBER: BC683411

☑ **FICTITIOUS NAME** *(No order required)*

Upon the filing of the complaint, the plaintiff, being ignorant of the true name of the defendant and having designated the defendant in the complaint by the fictitious name of:

FICTITIOUS NAME
DOE 8

and having discovered the true name of the defendant to be:
TRUE NAME
MARC LASRY

amends the complaint by substituting the true name for the fictitious name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| MARCH 19, 2018 | CHRISTINA CHEUNG | |

☐ **INCORRECT NAME** *(Order required)*

The plaintiff, having designated a defendant in the complaint by the incorrect name of:
INCORRECT NAME

and having discovered the true name of the defendant to be:
TRUE NAME

amends the complaint by substituting the true name for the incorrect name wherever it appears in the complaint.

| DATE | TYPE OR PRINT NAME | SIGNATURE OF ATTORNEY |
|---|---|---|
| | | |

**ORDER**

☐ THE COURT ORDERS the amendment approved and filed.

Dated _____   Judicial Officer _____

LACIV 105 (Rev. 01/07)
LASC Approved 03-04

**AMENDMENT TO COMPLAINT**
**(Fictitious / Incorrect Name)**

Code Civ. Proc., §§ 471.5, 472, 473, 474